# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00615-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAUL SAUCEDO,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court on the **Unopposed Motion For Extension of Deadline For Defense Motions (90 Days)** [#54], filed November 21, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that the following deadlines should be in place for the filing of pretrial motions in this matter.

On the existing record the court finds and concludes after considering the factors at 18 U.S.C. § 3161(h)(8)(B)(i)-(iv) that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A). Additionally, the court reiterates, approves, adopts, and incorporates the findings of fact and conclusions of law stated in the court's **Order Granting Government's Unopposed Motion For Ends Of Justice Continuance**

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[#43], entered April 5, 2007.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion For Extension of Deadline For Defense Motions (90 Days)** [#54], filed November 21, 2007, is **APPROVED**;

2. That the existing deadlines for filing pretrial motions and responses are **VACATED**;

3. That all non-CJA[2] pretrial motions shall be filed by no later than close of business **March 3, 2008**;

4. That a response to a timely filed pretrial motion shall be filed within eleven (11) days of the filing of the pretrial motion;[3]

5. That all timely filed pretrial motions that the court determines should be set for hearing shall be set for hearing at a telephonic motions' hearing setting conference on **March 19, 2008**, at 10:00 a.m., at which the defendant **need not appear or participate**; provided, furthermore, that if no motions are timely filed, then the telephonic motions' hearing setting conference shall be converted to a telephonic trial setting conference; and

6. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference

Dated:  November 27, 2007

---

[2] "CJA" are the initials for **C**riminal **J**ustice **A**ct codified at **18 U.S.C. § 3006A**.

[3] Non-CJA motions shall not be filed out of time without leave of court.  Amended papers, including amended motions, petitions, responses, or replies shall not be filed without leave of court.  Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court.  Replies to responses shall not be filed without leave of court.  Leave of court must be obtained before such papers may be filed.  A request for leave to file such a paper shall not be contained or included in the paper sought to be filed.

**[Rev. 06/04/07]**