IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 03-cr-00615-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

SAUL SAUCEDO,

  Defendant.

―――――――――――――――――――――――――――――――――――――――――

**ORDER**

―――――――――――――――――――――――――――――――――――――――――

   This matter comes before the Court on Defendant's Motion for Medical Examination and

Treatment, doc. no. 76, filed November 17, 2008.

   It is **ORDERED**:

   The United States will respond to the motion **on or before November 24, 2008.** The

response should contain any and all relevant medical reports, filed under seal, in the possession

or control of the U.S. Marshal's Service concerning Mr. Saucedo's condition and any treatment

received locally for the same.

   It is further **ORDERED**:

   **A hearing will be held on this matter on November 25, 2008 at 2:00 p.m.** in

Courtroom 205, Byron Rogers Courthouse, 1929 Stout Street, Denver, CO 80294. The U.S.

Marshal's Service will have the defendant present in person for the hearing.

Dated this 18th day of November, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge